# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA TURKOS,** | : | No. 3:14cv2243 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **DUPONT BOROUGH,** | : | |
| **JASON KWIATKOWSKI and** | : | |
| **JOHN SARANCHUK,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of June 2015, it is hereby

**ORDERED** as follows:

1) Defendant Jason Kwiatkowski's motion to dismiss (Doc. 13) is **DENIED**;

2) Defendant Dupont Borough's motion to dismiss (Doc. 16) is **DENIED**; and

3) Defendant Jason Kwiatkowski and Defendant Dupont Borough shall file an answer to the complaint within fourteen (14) days of this order.

          **BY THE COURT:**

          s/ James M. Munley
          **JUDGE JAMES M. MUNLEY**
          **United States District Court**