**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONNA TURKOS,** | : | No. 3:14cv2243 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **DUPONT BOROUGH,** | : | |
| **JASON KWIATKOWSKI and** | : | |
| **JOHN SARANCHUK,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 31st day of March 2017, it is hereby ordered as follows:

1) Plaintiff's motion for partial summary judgment (Doc. 47) is **DENIED**;

2) Defendant Dupont Borough's motion for summary judgment (Doc. 58) is **GRANTED**;

3) Defendant Jason Kwiatkowski's motion for summary judgment (Doc. 51) is **GRANTED**;

4) Defendant John Saranchuk's motion for summary judgment (Doc. 61) is **GRANTED**;

The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff.

The Clerk of Court is further directed to close this case.

BY THE COURT:


s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**